IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01000-BNB

JONATHAN NELSON,

    Plaintiff,

v.

TWO UNKNOWN NAMED ARAPAHOE COUNTY SHEREFF [sic] DEPUTY'S [sic], and MEDICAL STAFF,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Jonathan Nelson, currently is incarcerated at the Arapahoe County Detention Facility in Englewood, Colorado. He filed *pro se* a civil rights complaint for money damages pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3). He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 without an initial partial filing fee.

On June 5, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Nelson to file within thirty days an amended complaint that alleged each named Defendant's personal participation in the asserted claims. Magistrate Judge Boland warned Mr. Nelson that if he failed to file an amended complaint that complied with the June 5 order within the time allowed, the complaint and the action would be dismissed without further notice.

Mr. Nelson has failed within the time allowed to file an amended complaint as directed or otherwise to communicate with the Court in any way. Accordingly, it is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2008

GREGORY C. LANGHAM
                 CLERK

ORDERED that the complaint and the action are dismissed without prejudice for failure to prosecute and for the failure of Plaintiff, Jonathan Nelson, to file an amended complaint as directed within the time allowed.

DATED at Denver, Colorado, this 17 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01000-BNB

Jonathan Nelson
Prisoner No. 07-14095
Arapahoe County Detention Facility
PO Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/17/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk